804 A.2d 563

IN THE MATTER OF CARMINE R. ALAMPI, AN ATTORNEY AT LAW.

August 28, 2002.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **CARMINE R. ALAMPI** of **ENGLEWOOD CLIFFS,** who was admitted to the bar of this State in 1977, and who was suspended from the practice of law for a period of three months effective May 25, 2002, by Order of this Court filed April 30, 2002, be restored to the practice of law, effective immediately.